O-send

FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14 CR 74 DSF |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| ERNEST J. HILL, III | |
| Defendant. | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern District of Illinois</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>allegations in violation petition</u>

1 _____
2 _____
3 _____
4     and/or
5 B.  ( )  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9     on:_____
10    _____
11    _____
12    _____
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  9/4/2015
18
19                                    R. A. oll
20                              UNITES STATES MAGISTRATE JUDGE